# United States Court of Appeals
## For the First Circuit

_____

No. 99-1242

EMPRESAS OMAJEDE, INC.,
Plaintiff, Appellant,

v.

A.J. BENNAZAR-ZEQUEIRA; LA ELECTRONICA, INC.;
WILLIAM VIDAL-CARVAJAL; ANTONIO I. HERNANDEZ-RODRIGUEZ;
ISMAEL COLON-PEREZ; CARLOS R. RIOS-GAUTIER; CARLOS JUAN POU;
Defendants, Appellees.


_____

ERRATA SHEET

The opinion of this court issued on May 24, 2000 is amended as follows:

The caption on the coversheet should read: ". . . **JUAN CARLOS POU;** Defendants, Appellees."